JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>              Plaintiff,<br><br>v.<br><br>YAZAWA MEAT, INC.,<br><br>              Defendant. | Case No. 2:20-CV-10885-AB-ASx<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 4, 2021            _____
                                                   ANDRÉ BIROTTE JR.
                                                   UNITED STATES DISTRICT JUDGE

1.